1

Corinne D. Orquiola (SBN: 226969)
corquiola@consumerlawcenter.com

2

Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301

3

Manhattan Beach, CA 90266
Tel: (323) 988-2400

4

Fax: (866) 861-1390
JESSICA HUDSON

5

6

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

7

8

9

JESSICA HUDSON,                              )   **Case No.: 8:15-cv-1750**
                                             )
                                             )   **NOTICE OF SETTLEMENT**

10

               Plaintiff,                    )
                                             )   **(Unlawful Debt Collection Practices)**

11

         v.                                  )
                                             )

12

                                             )
BARCLAY'S BANK DELAWARE,                     )

13

                                             )
                                             )

14

               Defendant.                    )
                                             )

15

16

17

18

19

20

21

22

23

24

25

**TO THE COURT:**

1

2
      NOW COMES the Plaintiff, JESSICA HUDSON, by and through the undersigned

3
counsel and hereby informs the court that a settlement of the present matter has been reached and

4
is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

5
next 60 days.

6
      Plaintiff therefore requests that this honorable Court vacate all dates currently set on

7
calendar for the present matter.

8
                              Respectfully Submitted,

9

10
Dated: May 18, 2016                 KROHN & MOSS LTD

11
                    By:     /s/ Corinne D. Orquiola

12
                            Corinne D. Orquiola
                            Attorney for Plaintiff,
                            JESSICA HUDSON

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF SETTLEMENT

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on May 18, 2016, I electronically filed the foregoing Notice of

3

Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on

4

May 18, 2016 I served all counsel of record with a copy of this document by way of the

5

CM/ECF system.

6

7

8

By:     <u>/s/ Corinne D. Orquiola</u>
        Corinne D. Orquiola

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25